UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| CHRISTIE A. HUCK<br>CHRISTOPHER C. HUCK<br><br>Debtor(s) | Case No. 08-00936-PHX RJH<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

    S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2011 | 01/21/2010 | FIA Card Services, N.A.<br>c/o Mary K. Farrington-Lorch<br>3930 E. Camelback Road, Ste 100<br>Phoenix, AZ 85018 | $823.35 |

    The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $823.35 to the Clerk of the Court to be deposited in the Registry thereof.

| June 9, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |